UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA JENNINGS, *ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED*,<br>       Plaintiff<br><br>       v.<br><br>ST. LUKE'S HEALTH NETWORK, INC., et al.,<br>       Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.  5:23-cv-1229 |

# O R D E R

**AND NOW**, this 12th day of September, 2023, upon consideration of Defendant's motion to dismiss, ECF No. 7, Plaintiff's response in opposition, ECF No. 10, Defendant's reply brief, ECF No. 14, and for the reasons set forth in the Opinion issued on this date, **IS HEREBY ORDERED THAT:**

1. Defendant's motion, ECF No. 7, is **DENIED**.

2. **Within 14 days of the date of this Order**, Defendant shall file an answer to the Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge